```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                 MAY 23, 2014

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY:      PMC      DEPUTY
```

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SEAN PAGEL, an individual, | Case No.: CV 13-05706 SVW (VBKx) |
| Plaintiff, | Hon. ~~Steven V. Wilson~~ STEPHEN V. WILSON |
| vs. | |
| DAIRY FARMERS OF AMERICA, INC., a Kansas corporation; and DOES 1 through 10, inclusive, | **~~[PROPOSED]~~ ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

JS-6

Case No. CV 13-05706
[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice in the above-entitled action, HEREBY ORDERS THAT:

1. The case *Sean Pagel v. Dairy Farmers of America, Inc., et al.*, Case No. 2:13-cv-05706-SVW-VBK, is hereby dismissed with prejudice;
2. Each party is to bear its own respective fees and costs;
3. All pending proceedings are vacated and no further proceedings shall take place in this action; and
4. The dismissal shall have no effect on the pending class action case (and settlement) pending before this Court, Case No. 2:13-cv-02382-SVW-VBK.

**IT IS SO ORDERED.**

Dated: May 23, 2014

_____
~~STEVEN V. WILSON~~   STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

17946193.1

Case No. CV 13-05706
[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE